UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHARLES ROWE,<br><br>　　　　　Defendant. | Case No. CR00-546-MJP<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATION<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on September 25, 2007. The United States was represented by Assistant United States Attorney Susan M. Roe, and the defendant by Mr. Stephan R. Illa. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Bank Robbery (2 counts) in violation of 18 U.S.C. § 2113(a). On or about July 6, 2001, defendant was sentenced by the Honorable Marsha J. Pechman to eighty-five (85) months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $4,001 restitution, consent to search and seizure, and no alcohol.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATION
OF SUPERVISED RELEASE
PAGE 1

In a Petition for Warrant or Summons dated September 4, 2007, and a Violation Report and Request for Summons dated September 4, 2007, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions of his supervised release:

(1) Consuming alcohol on or before June 21, 2007, and August 19, 2007, in violation of standard condition number 7.

(2) Failing to provide a urine specimen as directed on August 29, 2007, in violation of the special condition requiring the defendant to submit to urinalysis testing.

(3) Consuming cocaine on or before September 2, 2007, in violation of standard condition number 7.

On September 25, 2007, defendant made his initial appearance and was advised of the allegations, and advised of his rights. Defendant admitted the violations, and waived any rights to an evidentiary hearing as to whether they occurred.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to Violations 1 through 3, and that the Court conduct a hearing limited to disposition. A disposition hearing has not yet been set before the Honorable Marsha J. Pechman.

Pending a final determination by the Court, the defendant has been released, subject to continued supervision.

DATED this 25th day of September, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:          Honorable Marsha J. Pechman
     AUSA:                    Ms. Susan M. Roe
     Defendant's attorney:    Mr. Stephan R. Illa
     Probation officer:       Ms. Angela M. McGlynn